UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIRIAHM PALOMA,

                              Plaintiff,

                -against-

CORRECTION OFFICER EASTERLING;
CITY OF NEW YORK,

                              Defendants.

20-CV-2133 (LLS)

CIVIL JUDGMENT

     Pursuant to the order issued May 24, 2021, dismissing the complaint,

     IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under

28 U.S.C. § 1915(e)(2)(B)(ii).

     IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:   May 24, 2021
        New York, New York

                                 _Louis L. Stanton_
                                   Louis L. Stanton
                                     U.S.D.J.